FILED
7/15/19 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Archie J. Anglin, | ) | |
|    *Debtor* | ) | Case No. 19-22591 TPA |
| | ) | Chapter 13 |
| Archie J. Anglin, | ) | |
|    *Movant* | ) | Document No. 9 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this  15th  day of    July           , 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Archie J. Anglin, is hereby granted an extension until July 26, 2019 to file a completed Chapter 13 petition and plan.

_____
Honorable Thomas P. Agresti   ljm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22591-TPA
Archie J. Anglin                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Jul 16, 2019
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db              +Archie J. Anglin,    861 Brackenridge Ave.,    Brackenridge, PA 15014-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                          TOTAL: 4