IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-22591** |
| **Archie J. Anglin** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Archie J. Anglin** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Kenneth Steidl 34965**   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
Signature
**Kenneth Steidl 34965**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

```
Allegheny Health Network
120 Fifth Avenue, Suite 2900
Pittsburgh, PA 15222

Columbia Gas
PO Box 742537
Cincinnati, OH 45274-2537

Navient
PO Box 9640
Wilkes Barre, PA 18773-9640

West Penn Power
800 Cabin Hill Drive
Greensburg, PA 15606-2222

Westmoreland Hospital
532 W Pittsburgh St
Greensburg, PA 15601
```