# Archie Anglin

## Proof of Income
## Filed pursuant to rule 1007-4

## Case No. 19-22591

## Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

239-0005

Period Ending:     04/21/2019
Pay Date:          04/26/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    1
    PA:         N/A

ARCHIE  J  ANGLIN
801  BRACKENRIDGE AVE, FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date | | this period | year to date |
|---|---|---|---|---|---|---|---|
| Regular | 32 00 | | 1 217 28 | 19 172 18 | United Way | -1 00 | 17 00 |
| Holiday | 8 00 | | 304 32 | 1 825 92 | Gtl Offset | | -42 84 |
| Ltd Imputed | | | 6 18 | 105 06 | | | |
| Overtime | | | | 1 369 44 | | | |
| Doubletime | | | | 1 673 76 | Gtl Offset | +2 52 | |
| Sick | | | | 608 64 | Net Pay | $858 54 | |
| Vacation | | | | 4 280 48 | Checking | -858 54 | 16 529 11 |
| **Gross Pay** | | | **$1 527 78** | 29 015 46 | Net Check | $0 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -208 15 | 4 209 60 |
| | Social Security Tax | -90 23 | 1 722 36 |
| | Medicare Tax | -21 10 | 402 88 |
| | PA State Income Tax | -44 60 | 851 63 |
| | Harmar Twp Income Tax | -14 53 | 277 43 |
| | Harmar Twp Local Svc Tax | -1 00 | 17 00 |
| | PA SUI/SDI Tax | -0 92 | 17 41 |
| | | | |
| | Child Support | -126 92 | 2 157 64 |
| | Group Term Life | -2 52 | 42 84 |
| | Ltd Imp Inc | -6 18 | 105 06 |
| | Pension | -22 82 | 433 61 |
| | Pretax Dental | -5 91* | 100 47 |
| | Pretax Health | -69 00* | 1 173 00 |
| | S&I Loan | -21 40 | 363 80 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 226 27 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 96 68 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

Advice number:     00000170239
Pay date:          04/26/2019

Deposited to the account of
ARCHIE  J  ANGLIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8538 | xxxx xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

239-0005

| | |
|---|---|
| Period Ending: | 04/14/2019 |
| Pay Date: | 04/19/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:        1
PA:             N/A

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | 17 954 88 | |
| Ltd Imputed | | 6 18 | 98 88 | |
| Overtime | | | 1 369 44 | |
| Doubletime | | | 1 673 76 | |
| Holiday | | | 1 521 60 | |
| Sick | | | 608 64 | |
| Vacation | | | 4 260 48 | |
| **Gross Pay** | | **$1 527 78** | 27 487 68 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 4 003 45 |
| | Social Security Tax | -90 24 | 1 632 43 |
| | Medicare Tax | -21 11 | 381 78 |
| | PA State Income Tax | -44 60 | 807 03 |
| | Harmar Twp Income Tax | -14 53 | 262 90 |
| | Harmar Twp Local Svc Tax | -1 00 | 16 00 |
| | PA SUI/SDI Tax | -0 91 | 16 49 |
| | | | |
| | Child Support | -126 92 | 2 030 72 |
| | Group Term Life | -2 52 | 40 32 |
| | Ltd Imp Inc | -6 18 | 98 88 |
| | Pension | -22 82 | 410 79 |
| | Pretax Dental | -5 91 | 94 56 |
| | Pretax Health | -69 00 | 1 104 00 |
| | S&I Loan | -21 40 | 342 40 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 212 96 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 16 00 |
| Gtl Offset | | -40 32 |
| Gtl Offset | +2 52 | |
| **Net Pay** | **$858 53** | |
| Checking | -858 53 | 15 670 57 |
| **Net Check** | **$0 00** | |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 72 51 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

Advice number:     00000160239
Pay date:          04/19/2019

Deposited  to the account of
ARCHIE  J  ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8538 | xxx xxx | $858 53 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

Period Ending: 04/07/2019
Pay Date: 04/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date | | this period | year to date |
|---|---|---|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | 16 433 28 | | United Way | -1 00 | 15 00 |
| Ltd Imputed | | | 6 18 | 92 70 | Gtl Offset | | -37 80 |
| Overtime | | | | 1 369 44 | | | |
| Doubletime | | | | 1 673 76 | | | |
| Holiday | | | | 1 521 60 | Gtl Offset | +2 52 | |
| Sick | | | | 608 64 | Net Pay | $858 54 | |
| Vacation | | | | 4 260 48 | Checking | -858 54 | 14 812 04 |
| **Gross Pay** | | | **$1 527 78** | 25 959 90 | Net Check | $0 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 3 797 30 |
| | Social Security Tax | -90 23 | 1 542 19 |
| | Medicare Tax | -21 10 | 360 67 |
| | PA State Income Tax | -44 60 | 762 43 |
| | Harmar Twp Income Tax | -14 53 | 248 37 |
| | Harmar Twp Local Svc Tax | -1 00 | 15 00 |
| | PA SUI/SDI Tax | -0 92 | 15 58 |
| | | | |
| | Child Support | -126 92 | 1 903 80 |
| | Group Term Life | -2 52 | 37 80 |
| | Ltd Imp Inc | -6 18 | 92 70 |
| | Pension | -22 82 | 387 97 |
| | Pretax Dental | -5 91* | 88 65 |
| | Pretax Health | -69 00* | 1 035 00 |
| | S&I Loan | -21 40 | 321 00 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 199 65 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 48 34 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number: 00000150239
Pay date: 04/12/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $858 54 |



NON-NEGOTIABLE

# Earnings Statement

| | | | | |
|---|---|---|---|---|
| CURTISS-WRIGHT ELECTRO MECHANICAL CORP | | | Period Ending: | 03/31/2019 |
| 1000 WRIGHT WAY | | | Pay Date: | 04/05/2019 |
| CHESWICK PA 15024 | | | | |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32 00 | | 1 217 28 | 14 911 68 |
| Ltd Imputed | | | 6 18 | 86 52 |
| Sick | 8 00 | | 304 32 | 608 64 |
| Overtime | | | | 1 369 44 |
| Doubletime | | | | 1 673 76 |
| Holiday | | | | 1 521 60 |
| Vacation | | | | 4 260 48 |
| **Gross Pay** | | | **$1 527 78** | 24 432 12 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 14 00 |
| Gtl Offset | | -35 28 |
| | | |
| Gtl Offset | +2 52 | |
| Net Pay | $858 53 | |
| Checking | -858 53 | 13 953 50 |
| Net Check | $0 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 3 591 15 |
| | Social Security Tax | -90 24 | 1 451 96 |
| | Medicare Tax | -21 10 | 339 57 |
| | PA State Income Tax | -44 60 | 717 83 |
| | Harmar Twp Income Tax | -14 53 | 233 84 |
| | Harmar Twp Local Svc Tax | -1 00 | 14 00 |
| | PA SUI/SDI Tax | -0 92 | 14 66 |
| | | | |
| | Child Support | -126 92 | 1 776 88 |
| | Group Term Life | -2 52 | 35 28 |
| | Ltd Imp Inc | -6 18 | 86 52 |
| | Pension | -22 82 | 365 15 |
| | Pretax Dental | -5 91* | 82 74 |
| | Pretax Health | -69 00° | 966 00 |
| | S&I Loan | -21 40 | 299 60 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 185 34 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 24 17 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number:    00000140240
Pay date:         04/05/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $858 53 |



NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

240-0005

| | |
|---|---|
| Period Ending: | 03/24/2019 |
| Pay Date: | 03/29/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:       1
PA:            N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 13 694 40 |
| Overtime | 8 00 | | 456 48 | 1 369 44 |
| Ltd Imputed | | | 6 18 | 80 34 |
| Doubletime | | | | 1 673 76 |
| Holiday | | | | 1 521 60 |
| Sick | | | | 304 32 |
| Vacation | | | | 4 260 48 |
| **Gross Pay** | | | **$1 984 26** | 22 904 34 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 13 00 |
| Gtl Offset | | -32 76 |
| Gtl Offset | +2 52 | |
| **Net Pay** | **$1 151 25** | |
| Checking | -1 151 25 | 13 094 07 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -309 30 | 3 385 00 |
| | Social Security Tax | -118 53 | 1 361 72 |
| | Medicare Tax | -27 72 | 318 47 |
| | PA State Income Tax | -58 62 | 673 23 |
| | Harmar Twp Income Tax | -19 09 | 219 31 |
| | Harmar Twp Local Svc Tax | -1 00 | 13 00 |
| | PA SUI/SDI Tax | -1 19 | 13 74 |
| | | | |
| | Child Support | -126 92 | 1 649 96 |
| | Group Term Life | -2 52 | 32 76 |
| | Ltd Imp Inc | -6 18 | 80 34 |
| | Pension | -29 67 | 342 33 |
| | Pretax Dental | -5 91* | 76 83 |
| | Pretax Health | -69 00* | 897 00 |
| | S&I Loan | -21 40 | 278 20 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 173 03 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 909 35

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 314 21 |

---

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number:   00000130240
Pay date:        03/29/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8539 | xxxx xxxx | $1 151 25 |



NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000  WRIGHT  WAY
CHESWICK,  PA  15024

240-0005

Period  Ending:      03/17/2019
Pay  Date:           03/22/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:      1
PA:          N/A

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16 00 | 608 64 | | 12 172 80 |
| Ltd Imputed | | 6 18 | | 74 16 |
| Sick | 8 00 | 304 32 | | 304 32 |
| Vacation | 16 00 | 608 64 | | 4 260 48 |
| Overtime | | | | 912 96 |
| Doubletime | | | | 1 673 76 |
| Holiday | | | | 1 521 60 |
| **Gross Pay** | | | **$1 527 78** | 20 920 08 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 12 00 |
| Gtl Offset | | -30 24 |
| Gtl Offset | +2 52 | |
| **Net Pay** | **$858 53** | |
| Checking | -858 53 | 11 943 72 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 3 075 70 |
| | Social Security Tax | -90 24 | 1 243 19 |
| | Medicare Tax | -21 11 | 290 75 |
| | PA State Income Tax | -44 60 | 614 61 |
| | Harmar Twp Income Tax | -14 53 | 200 22 |
| | Harmar Twp Local Svc Tax | -1 00 | 12 00 |
| | PA SUI/SDI Tax | -0 91 | 12 55 |
| | | | |
| | Child Support | -125 92 | 1 523 04 |
| | Group Term Life | -2 52 | 30 24 |
| | Ltd Imp Inc | -6 18 | 74 16 |
| | Pension | -22 82 | 312 66 |
| | Pretax Dental | -5 91* | 70 92 |
| | Pretax Health | -69 00* | 828 00 |
| | S&I Loan | -21 40 | 256 80 |
| | S&I Loan A | -24 17 | 256 30 |
| | Union Dues | -13 31 | 159 72 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 290 04 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000  WRIGHT  WAY
CHESWICK  PA  15024

Advice number:      00000120239
Pay date:           03/22/2019

Deposited  to  the  account  of
ARCHIE  J  ANGLIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx8538 | xxxx xxxx | $858 53 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

241-0005

| | |
|---|---|
| Period Ending: | 03/10/2019 |
| Pay Date: | 03/15/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    1
   PA:    N/A

ARCHIE J ANGLIN
881 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | 11 564 16 | |
| Ltd Imputed | | 6 18 | 67 98 | |
| Overtime | | | 912 98 | |
| Doubletime | | | 1 673 76 | |
| Holiday | | 1 521 60 | | |
| Vacation | | | 3 651 84 | |
| **Gross Pay** | | **$1 527 78** | 19 392 30 | |

| | this period | year to date |
|---|---|---|
| Gtl Offset | | -27 72 |
| Gtl Offset | -2 52 | |
| **Net Pay** | **$858 54** | |
| Checking | -858 54 | 11 085 19 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 2 869 66 |
| | Social Security Tax | -90 23 | 1 152 95 |
| | Medicare Tax | -21 10 | 269 64 |
| | PA State Income Tax | -44 60 | 570 01 |
| | Harmar Twp Income Tax | -14 53 | 185 69 |
| | Harmar Twp Local Svc Tax | -1 00 | 11 00 |
| | PA SUI/SDI Tax | -0 92 | 11 64 |
| | | | |
| | Child Support | -126 92 | 1 396 12 |
| | Group Term Life | -2 52 | 27 72 |
| | Ltd Imp Inc | -6 18 | 67 98 |
| | Pension | -22 82 | 289 84 |
| | Pretax Dental | -5 91* | 65 01 |
| | Pretax Health | -69 00* | 759 00 |
| | S&I Loan | -21 40 | 235 40 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 146 41 |
| | United Way | -1 00 | 11 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

**Other Benefits and**

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 265 87 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

| | |
|---|---|
| Advice number: | 00000110240 |
| Pay date: | 03/15/2019 |

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP | | | Period Ending: | 03/03/2019 | |
| 1000 WRIGHT WAY | | | Pay Date: | 03/08/2019 | |
| CHESWICK, PA 15024 | | | | | |

| | |
|---|---|
| Taxable Marital Status:  Single | ARCHIE  J  ANGLIN |
| Exemptions/Allowances: | 361  BRACKENRIDGE  AVE, FRONT |
| Federal:   1 | BRACKENRIDGE  PA  15014 |
| PA:   N/A | |

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 10 042 56 |
| Overtime | 8 00 | | 456 48 | 912 96 |
| Doubletime | 8 00 | | 608 64 | 1 673 76 |
| Ltd Imputed | | | 6 18 | 61 80 |
| Holiday | | | | 1 521 60 |
| Vacation | | | | 3 651 84 |
| **Gross Pay** | | | **$2 592 90** | 17 864 52 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | | -25 20 |
| Gtl Offset | +2 52 | |
| Net Pay | $1 532 98 | |
| Checking | -1 532 98 | 10 226 86 |
| Net Check | $0 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -455 37 | 2 663 40 |
| | Social Security Tax | -156 27 | 1 062 72 |
| | Medicare Tax | -36 55 | 248 54 |
| | PA State Income Tax | -77 30 | 525 41 |
| | Harmar Twp Income Tax | -25 18 | 171 16 |
| | Harmar Twp Local Svc Tax | -1 00 | 10 00 |
| | PA SUI/SDI Tax | -1 56 | 10 72 |
| | | | |
| | Child Support | -126 92 | 1 269 20 |
| | Group Term Life | -2 52 | 25 20 |
| | Ltd Imp Inc | -6 18 | 61 80 |
| | Pension | -38 30 | 267 02 |
| | Pretax Dental | -5 91* | 59 10 |
| | Pretax Health | -69 00* | 690 00 |
| | S&I Loan | -21 40 | 214 00 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 133 10 |
| | United Way | -1 00 | 10 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2 517 99

| Other Benefits and | this period | total to date |
|---|---|---|
| S&I Loan A | | 241 70 |



| | |
|---|---|
| CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP | Advice number: |
| 1000 WRIGHT WAY | Pay date: |
| CHESWICK  PA  15024 | |

00000100239
03/08/2019

Deposited  to  the  account  of
ARCHIE  J  ANGLIN

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx8536 | xxxx  xxxx | $1 532 98 |

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK,  PA 15024

Period Ending:      02/24/2019
Pay Date:           03/01/2019

241-0005

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    1
    PA:         N/A

ARCHIE  J ANGLIN
861  BRACKENRIDGE AVE, FRONT
BRACKENRIDGE  PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32 00 | 1 217 28 | 8 520 96 |
| Ltd Imputed | | | 6 18 | 55 62 |
| Vacation | 8 00 | 304 32 | 3 651 84 |
| Overtime | | | | 456 48 |
| Doubletime | | | | 1 065 12 |
| Holiday | | | | 1 521 60 |
| **Gross Pay** | | | **$1 527 78** | 15 271 62 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | | -22 68 |
| Gtl Offset | +2 52 | |
| **Net Pay** | **$858 54** | |
| Checking | -858 54 | 8 693 67 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 2 208 03 |
| | Social Security Tax | -90 24 | 906 45 |
| | Medicare Tax | -21 10 | 211 99 |
| | PA State Income Tax | -44 60 | 448 11 |
| | Harmar Twp Income Tax | -14 53 | 145 98 |
| | Harmar Twp Local Svc Tax | -1 00 | 9 00 |
| | PA SUI/SDI Tax | -0 91 | 9 16 |
| | | | |
| | Child Support | -126 92 | 1 142 28 |
| | Group Term Life | -2 52 | 22 68 |
| | Ltd Imp Inc | -6 18 | 55 62 |
| | Pension | -22 82 | 228 22 |
| | Pretax Dental | -5 91* | 53 19 |
| | Pretax Health | -69 00* | 621 00 |
| | S&I Loan | -21 40 | 192 60 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 119 79 |
| | United Way | -1 00 | 9 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 217 53 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

Advice number:      00000090241
Pay date:           03/01/2019

Deposited  to the account of
ARCHIE  J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT   ELECTRO   MECHANICAL   CORP
1000 WRIGHT WAY
CHESWICK,  PA 15024

242-0005

Period Ending:          02/17/2019
Pay Date:                02/22/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:       1
   PA:           N/A

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32 00 | | 1 217 28 | 7 303 68 |
| Ltd Imputed | | | 6 18 | 49 44 |
| Vacation | 8 00 | | 304 32 | 3 347 52 |
| Overtime | | | | 456 48 |
| Doubletime | | | | 1 065 12 |
| Holiday | | | | 1 521 60 |
| **Gross Pay** | | | **$1 527 78** | 13 743 84 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | | -20 18 |
| Gtl Offset | +2 52 | |
| Net Pay | $858 54 | |
| Checking | -858 54 | 7 835 13 |
| Net Check | $0 00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 2 001 88 |
| | Social Security Tax | -90 23 | 818 21 |
| | Medicare Tax | -21 10 | 190 89 |
| | PA State Income Tax | -44 60 | 403 51 |
| | Harmar Twp Income Tax | -14 53 | 131 45 |
| | Harmar Twp Local Svc Tax | -1 00 | 8 00 |
| | PA SUI/SDI Tax | -0 92 | 8 25 |
| | Child Support | -126 92 | 1 015 36 |
| | Group Term Life | -2 52 | 20 18 |
| | Ltd Imp Inc | -6 18 | 49 44 |
| | Pension | -22 82 | 205 40 |
| | Pretax Dental | -5 91* | 47 28 |
| | Pretax Health | -69 00* | 552 00 |
| | S&I Loan | -21 40 | 171 20 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 106 48 |
| | United Way | -1 00 | 8 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

| Other Benefits and | this period | total to date |
|---|---|---|
| S&I Loan A | | 193 36 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

Advice number:        00000080242
Pay date:              02/22/2019

Deposited  to  the  account  of
ARCHIE  J  ANGLIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8538 | xxxx xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

241-0005

Period Ending:    02/10/2019
Pay Date:    02/15/2019

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    1
PA:    N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | 6 086 40 |  |
| Overtime | 8 00 | 456 48 | 456 48 |  |
| Doubletime | 10 00 | 760 80 | 1 065 12 |  |
| Ltd Imputed |  | 6 18 | 43 26 |  |
| Holiday |  | 1 521 60 |  |  |
| Vacation |  |  | 3 043 20 |  |
| **Gross Pay** |  | **$2 745 06** | **12 216 06** |  |

| | this period | year to date |
|---|---|---|
| Gtl Offset |  | -17 84 |
| Gtl Offset | +2 52 |  |
| Net Pay | $1 628 41 |  |
| Checking | -1 628 41 | 6 976 59 |
| Net Check | $0 00 |  |

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Income Tax | -491 89 | 1 795 73 | |
| Social Security Tax | -165 71 | 725 98 | |
| Medicare Tax | -38 76 | 169 79 | |
| PA State Income Tax | -81 97 | 358 91 | |
| Harmar Twp Income Tax | -26 70 | 116 92 | |
| Harmar Twp Local Svc Tax | -1 00 | 7 00 | |
| PA SUI/SDI Tax | -1 65 | 7 33 | |
| Child Support | -126 92 | 888 44 | |
| Group Term Life | -2 52 | 17 64 | |
| Ltd Imp Inc | -6 18 | 43 26 | |
| Pension | -41 08 | 182 58 | |
| Pretax Dental | -5 91 | 41 37 | |
| Pretax Health | -69 00 | 483 00 | |
| S&I Loan | -21 40 | 149 80 | |
| S&I Loan A | -24 17 | | |
| Union Dues | -13 31 | 93 17 | |
| United Way | -1 00 | 7 00 | |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2 670 15

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A |  | 169 19 |

CURTISS-WRIGHT  ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

Advice number:    00000070241
Pay date:    02/15/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8558 | xxxx xxxx | $1 628 41 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

240-0005

| | | |
|---|---|---|
| Period Ending: | 02/03/2019 |
| Pay Date: | 02/08/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32 00 | 1 217 28 | 4 564 80 |
| Doubletime | 2 00 | 152 16 | 304 32 |
| Ltd Imputed | | 6 18 | 37 08 |
| Vacation | 8 00 | 304 32 | 3 043 20 |
| Holiday | | 1 521 60 |
| **Gross Pay** | | **$1 679 94** | 9 471 00 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | +2 52 | |
| **Net Pay** | **$957 01** | |
| Checking | -957 01 | 5 348 18 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -239 62 | 1 303 84 |
| | Social Security Tax | -99 67 | 560 27 |
| | Medicare Tax | -23 31 | 131 03 |
| | PA State Income Tax | -49 27 | 276 94 |
| | Harmar Twp Income Tax | -16 05 | 90 22 |
| | Harmar Twp Local Svc Tax | -1 00 | 6 00 |
| | PA SUI/SDI Tax | -1 01 | 5 68 |
| | | | |
| | Child Support | -126 92 | 761 52 |
| | Group Term Life | -2 52 | 15 12 |
| | Ltd Imp Inc | -6 18 | 37 08 |
| | Pension | -25 11 | 141 50 |
| | Pretax Dental | -5 91* | 35 46 |
| | Pretax Health | -69 00* | 414 00 |
| | S&I Loan | -21 40 | 128 40 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 79 86 |
| | United Way | -1 00 | 6 00 |
| | Gtl Offset | | -15 12 |

Excluded from federal taxable wages

Your federal taxable wages this period are $1 605 03

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 145 02 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

| | |
|---|---|
| Advice number: | 00000060240 |
| Pay date: | 02/08/2019 |

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $957 01 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

241-0005

| Period Ending: | 01/27/2019 |
| Pay Date: | 02/01/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:     1
PA:          N/A

ARCHIE J ANGLIN
861  BRACKENRIDGE  AVE, FRONT
BRACKENRIDGE  PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16 00 | 608 64 | | 3 347 52 |
| Ltd Imputed | | 6 18 | | 30 90 |
| Vacation | 24 00 | 912 96 | | 2 733 88 |
| Doubletime | | | | 152 16 |
| Holiday | | | | 1 521 60 |
| **Gross Pay** | | **$1 527 78** | | **7 791 06** |

| | this period | year to date |
|---|---|---|
| Gtl Offset | +2 52 | |
| Net Pay | $858 55 | |
| Checking | -858 55 | 4 391 17 |
| Net Check | $0 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -208 15 | 1 064 22 |
| | Social Security Tax | -90 23 | 460 80 |
| | Medicare Tax | -21 10 | 107 72 |
| | PA State Income Tax | -44 60 | 227 67 |
| | Harmar Twp Income Tax | -14 53 | 74 17 |
| | Harmar Twp Local Svc Tax | -1 00 | 5 00 |
| | PA SUI/SDI Tax | -0 91 | 4 67 |
| | | | |
| | Child Support | -126 92 | 634 60 |
| | Group Term Life | -2 52 | 12 60 |
| | Ltd Imp Inc | -6 18 | 30 90 |
| | Pension | -22 82 | 116 39 |
| | Pretax Dental | -5 91* | 29 55 |
| | Pretax Health | -69 00* | 345 00 |
| | S&I Loan | -21 40 | 107 00 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 66 55 |
| | United Way | -1 00 | 5 00 |
| | Gtl Offset | | -12 60 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 120 85 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

| Advice number: | 00000050240 |
| Pay date: | 02/01/2019 |

Deposited  to the account of
ARCHIE  J ANGLIN

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx  xxxx | $858 55 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

| CURTISS-WRIGHT   ELECTRO   MECHANICAL   CORP | |
|---|---|
| 1000  WRIGHT  WAY | Period Ending:    01/20/2019 |
| CHESWICK.  PA  15024 | Pay Date:      01/25/2019 |

241-0005

Taxable  Marital Status:    Single
Exemptions/Allowances:
   Federal:    1
   PA:      N/A

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 8  00 |  | 304  32 | 2  738  88 |
| Doubletime | 2  00 |  | 152  16 | 152  16 |
| Ltd  Imputed |  |  | 6  18 | 24  72 |
| Vacation |  | 32  00 | 1  217  28 | 1  825  92 |
| Holiday |  |  |  | 1  521  60 |
| **Gross Pay** |  |  | **$1  679  94** | 6  263  28 |

| | this  period | year  to  date |
|---|---|---|
| Gtl Offset | +2  52 | |
| **Net Pay** | **$957  01** | |
| Checking | -957  01 | 3  532  52 |
| **Net Check** | **$0  00** | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
|  | Federal Income Tax | -239  62 | 658  07 |
|  | Social Security Tax | -99  67 | 370  37 |
|  | Medicare Tax | -23  31 | 86  62 |
|  | PA State Income Tax | -49  27 | 183  07 |
|  | Harmar Twp Income Tax | -18  05 | 59  64 |
|  | Harmar Twp Local Svc Tax | -1  00 | 4  00 |
|  | PA  SUI/SDI Tax | -1  01 | 3  76 |
|  | Child  Support | -126  92 | 507  68 |
|  | Group  Term  Life | -2  52 | 10  08 |
|  | Ltd  Imp  Inc | -6  18 | 24  72 |
|  | Pension | -25  11 | 93  57 |
|  | Pretax  Dental | -5  91* | 23  64 |
|  | Pretax  Health | -69  00* | 276  00 |
|  | S&I  Loan | -21  40 | 85  60 |
|  | S&I  Loan  A | -24  17 |  |
|  | Union  Dues | -13  31 | 53  24 |
|  | United  Way | -1  00 | 4  00 |
|  | Gtl  Offset |  | -10  08 |

Excluded  from  federal  taxable  wages

Your  federal  taxable  wages  this  period  are
$1  605  03

Other  Benefits  and

| | this  period | total  to  date |
|---|---|---|
| S&I  Loan  A |  | 96  66 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000  WRIGHT  WAY
CHESWICK  PA  15024

Advice  number:      00000040240
Pay  date:        01/25/2019

Deposited  to  the  account  of
ARCHIE  J  ANGLIN

| | account  number | transit  ABA | amount |
|---|---|---|---|
|  | xxxxxx8538 | xxxx  xxxx | $957  01 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

241-0005

Period Ending:     01/13/2019
Pay Date:          01/18/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:     1
  PA:          N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | | 2 434 56 |
| Ltd Imputed | | 6 18 | | 18 54 |
| Holiday | | | | 1 521 60 |
| Vacation | | | | 608 64 |
| **Gross Pay** | | | **$1 527 78** | 4 583 34 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | +2 52 | |
| **Net Pay** | **$858 54** | |
| Checking | -858 54 | 2 575 51 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 618 45 |
| | Social Security Tax | -90 23 | 270 70 |
| | Medicare Tax | -21 10 | 63 31 |
| | PA State Income Tax | -44 60 | 133 80 |
| | Harmar Twp Income Tax | -14 53 | 43 59 |
| | Harmar Twp Local Svc Tax | -1 00 | 3 00 |
| | PA SUI/SDI Tax | -0 92 | 2 75 |
| | | | |
| | Child Support | -126 92 | 380 76 |
| | Group Term Life | -2 52 | 7 56 |
| | Ltd Imp Inc | -6 18 | 18 54 |
| | Pension | -22 82 | 68 46 |
| | Pretax Dental | -5 91* | 17 73 |
| | Pretax Health | -69 00* | 207 00 |
| | S&I Loan | -21 40 | 64 20 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 39 93 |
| | United Way | -1 00 | 3 00 |
| | Gtl Offset | | -7 56 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 72 51 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

Advice number:        00000030241
Pay date:             01/18/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | x-xxx xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

342-0005

Period Ending: 01/06/2019
Pay Date: 01/11/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8 00 | | 304 32 | 912 96 |
| Holiday | 16 00 | | 608 64 | 1 521 60 |
| Ltd Imputed | | | 6 18 | 12 36 |
| Vacation | 16 00 | | 608 64 | 608 64 |
| **Gross Pay** | | | **$1 527 78** | 3 055 56 |

| | this period | year to date |
|---|---|---|
| Gtl Offset | +2 52 | |
| **Net Pay** | **$858 53** | |
| Checking | -858 53 | 1 717 07 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 412 30 |
| | Social Security Tax | -90 24 | 180 47 |
| | Medicare Tax | -21 11 | 42 21 |
| | PA State Income Tax | -44 60 | 89 20 |
| | Harmar Twp Income Tax | -14 53 | 29 06 |
| | Harmar Twp Local Svc Tax | -1 00 | 2 00 |
| | PA SUI/SDI Tax | -0 91 | 1 83 |
| | | | |
| | Child Support | -126 92 | 253 84 |
| | Group Term Life | -2 52 | 5 04 |
| | Ltd Imp Inc | -6 18 | 12 36 |
| | Pension | -22 82 | 45 64 |
| | Pretax Dental | -5 91* | 11 82 |
| | Pretax Health | -69 00* | 138 00 |
| | S&I Loan | -21 40 | 42 80 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 26 62 |
| | United Way | -1 00 | 2 00 |
| | Gtl Offset | | -5 04 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 67

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 48 34 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number: 00000020241
Pay date: 01/11/2019

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8558 | xxxx xxxx | $858 53 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CLOCK  VCHR  NO
0000
246-0005

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000  WRIGHT  WAY
CHESWICK,  PA  15024

Period Ending:        12/30/2018
Pay Date:             01/04/2019

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | |
| Federal: | 1 |
| PA: | N/A |

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16 00 | | 608 64 | 608 64 |
| Holiday | 24 00 | | 912 96 | 912 96 |
| Ltd Imputed | | | 6 18 | 6 18 |
| **Gross Pay** | | | **$1 527 78** | 1 527 78 |

| Net Pay | $858 54 | |
|---|---|---|
| Checking | -858 54 | 858 54 |
| Net Check | $0 00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206 15 | 206 15 |
| | Social Security Tax | -90 23 | 90 23 |
| | Medicare Tax | -21 10 | 21 10 |
| | PA State Income Tax | -44 60 | 44 60 |
| | Harmar Twp Income Tax | -14 53 | 14 53 |
| | Harmar Twp Local Svc Tax | -1 00 | 1 00 |
| | PA SUI/SDI Tax | -0 92 | 0 92 |
| | | | |
| | Child Support | -126 92 | 126 92 |
| | Group Term Life | -2 52 | 2 52 |
| | Ltd Imp Inc | -6 18 | 6 18 |
| | Pension | -22 82 | 22 82 |
| | Pretax Dental | -5 91* | 5 91 |
| | Pretax Health | -69 00* | 69 00 |
| | S&I Loan | -21 40 | 21 40 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 13 31 |
| | United Way | -1 00 | 1 00 |
| | Gtl Offset | | -2 52 |
| | | | |
| | Gtl Offset | +2 52 | |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 452 87

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 24 17 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000  WRIGHT  WAY
CHESWICK  PA  15024

Advice number:        00000010245
Pay date              01/04/2019

Deposited  to the account  of
ARCHIE  J  ANGLIN

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx0536 | xxxx  xxxx | $858 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL   CORP
1000 WRIGHT WAY
CHESWICK,  PA  15024

341-0008

| Period Ending: | 12/23/2018 |
|---|---|
| Pay Date: | 12/28/2018 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:          1
   PA:              N/A

ARCHIE  J  ANGLIN
851  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36 00 | 1 369 44 | | 22 506 07 |
| Doubletime | 2 00 | 152 16 | | 2 586 72 |
| Ltd Imputed | | 6 18 | | 123 36 |
| Vacation | 4 00 | 152 16 | | 4 522 80 |
| Overtime | | | | 3 309 48 |
| Holiday | | | | 1 211 28 |
| Sick | | | | 602 64 |
| **Gross Pay** | | | **$1 679 94** | 34 862 35 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 20 00 |
| Gtl Offset | | -45 08 |
| Shoes | | 75 00 |
| | | |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$958 00** | |
| Checking | -958 00 | 19 763 53 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -242 85 | 5 208 60 |
| | Social Security Tax | -99 95 | 2 067 26 |
| | Medicare Tax | -23 37 | 483 47 |
| | PA State Income Tax | -49 42 | 1 022 25 |
| | Harmar Twp Income Tax | -16 10 | 332 99 |
| | Harmar Twp Local Svc Tax | -1 00 | 20 00 |
| | PA SUI/SDI Tax | -1 01 | 20 92 |
| | | | |
| | Child Support | -126 92 | 2 538 40 |
| | Group Term Life | -2 26 | 45 08 |
| | Ltd Imp Inc | -6 18 | 123 36 |
| | Pension | -25 11 | 521 07 |
| | Pretax Dental | -4 38* | 87 60 |
| | Pretax Health | -65 77* | 1 478 96 |
| | S&I Loan | -21 40 | 393 56 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 265 86 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 609 79

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 314 21 |

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

| Advice number: | 00000520241 |
|---|---|
| Pay date: | 12/28/2018 |

Deposited  to  the  account  of
ARCHIE  J  ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx  xxxx | $958 00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

243-0005

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

Period Ending:    12/16/2018
Pay Date:    12/21/2018

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    1
PA:    N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | 1 521 60 | 21 136 63 |
| Doubletime | 2 00 | 152 16 | 2 434 56 |
| Ltd Imputed | | 6 18 | 117 18 |
| Overtime | | | 3 309 48 |
| Holiday | | | 1 211 28 |
| Sick | | | 802 64 |
| Vacation | | | 4 370 64 |
| **Gross Pay** | | **$1 679 94** | 33 132 41 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 19 00 |
| Gtl Offset | | -42 82 |
| Shoes | | 75 00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -242 85 | 4 965 75 |
| | Social Security Tax | -99 95 | 1 967 31 |
| | Medicare Tax | -23 38 | 460 10 |
| | PA State Income Tax | -49 42 | 972 83 |
| | Harmar Twp Income Tax | -16 10 | 316 89 |
| | Harmar Twp Local Svc Tax | -1 00 | 19 00 |
| | PA SUI/SDI Tax | -1 01 | 19 91 |
| | | | |
| | Child Support | -126 92 | 2 411 48 |
| | Group Term Life | -2 26 | 42 82 |
| | Ltd Imp Inc | -6 18 | 117 18 |
| | Pension | -25 11 | 495 96 |
| | Pretax Dental | -4 38 | 83 22 |
| | Pretax Health | -65 77 | 1 411 19 |
| | S&I Loan | -21 40 | 372 16 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 252 55 |

Gtl Offset    +2 26

| | this period | year to date |
|---|---|---|
| **Net Pay** | | **$957 99** |
| Checking | -957 99 | 18 805 53 |
| **Net Check** | | **$0 00** |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 609 79

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 290 04 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number:    00000510243
Pay date:    12/21/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ARCHIE J ANGLIN | xxxxxx8538 | xxxx xxxx | $957 99 |

NON-NEGOTIABLE

# Earnings Statement

243-0005

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

Period Ending:  12/09/2018
Pay Date:  12/14/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  1
PA:  N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 19 615 03 |
| Overtime | 8 00 | | 456 48 | 3 309 48 |
| Doubletime | 10 00 | | 760 80 | 2 282 40 |
| Ltd Imputed | | | 6 18 | 111 00 |
| Holiday | | | | 1 211 28 |
| Sick | | | | 602 64 |
| Vacation | | | | 4 370 64 |
| **Gross Pay** | | | **$2 745 06** | 31 502 47 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 18 00 |
| Gtl Offset | | -40 56 |
| Shoes | | 75 00 |
| | | |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$1 628 60** | |
| Checking | -1 628 60 | 17 347 54 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -495 93 | 4 722 90 |
| | Social Security Tax | -165 98 | 1 867 36 |
| | Medicare Tax | -38 82 | 436 72 |
| | PA State Income Tax | -82 12 | 923 41 |
| | Harmar Twp Income Tax | -26 75 | 300 79 |
| | Harmar Twp Local Svc Tax | -1 00 | 18 00 |
| | PA SUI/SDI Tax | -1 65 | 18 90 |
| | | | |
| | Child Support | -126 92 | 2 284 56 |
| | Group Term Life | -2 26 | 40 56 |
| | Ltd Imp Inc | -6 18 | 111 00 |
| | Pension | -41 08 | 470 85 |
| | Pretax Dental | -4 38* | 78 84 |
| | Pretax Health | -65 77* | 1 345 42 |
| | S&I Loan | -21 40 | 350 76 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 239 24 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2 674 91

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 265 57 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number:  00000500242
Pay date:  12/14/2018

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $1 628 60 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

249-0005

Period Ending:        12/02/2018
Pay Date:             12/07/2018

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:     1
  PA:          N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36 00 | 1 369 44 | | 18 093 43 |
| Ltd Imputed | | 6 18 | | 104 82 |
| Vacation | 4 00 | 152 16 | | 4 370 64 |
| Overtime | | | | 2 853 00 |
| Doubletime | | | | 1 521 60 |
| Holiday | | | | 1 211 28 |
| Sick | | | | 602 64 |
| **Gross Pay** | | | **$1 527 78** | 28 757 41 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 17 00 |
| Gtl Offset | | -38 30 |
| Shoes | | 75 00 |
| | | |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$859 53** | |
| Checking | -859 53 | 16 218 94 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -209 38 | 4 226 97 |
| | Social Security Tax | -90 51 | 1 701 38 |
| | Medicare Tax | -21 17 | 397 90 |
| | PA State Income Tax | -44 75 | 841 29 |
| | Harmar Twp Income Tax | -14 58 | 274 04 |
| | Harmar Twp Local Svc Tax | -1 00 | 17 00 |
| | PA SUI/SDI Tax | -0 91 | 17 25 |
| | | | |
| | Child Support | -126 92 | 2 157 64 |
| | Group Term Life | -2 26 | 38 30 |
| | Ltd Imp Inc | -6 18 | 104 82 |
| | Pension | -22 82 | 429 77 |
| | Pretax Dental | -4 38* | 74 46 |
| | Pretax Health | -65 77* | 1 279 65 |
| | S&I Loan | -21 40 | 329 36 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 225 93 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 457 63

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 241 70 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

Advice number:       00000490248
Pay date:            12/07/2018

Deposited to the account of
ARCHIE J ANGLIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8530 | xxxx xxxx | $859 53 |



NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT  ELECTRO  MECHANICAL  CORP
1000 WRIGHT WAY
CHESWICK,  PA  15024

245-0005

Period Ending:      11/25/2018
Pay Date:           11/30/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        1
  PA:             N/A

ARCHIE  J  ANGLIN
861  BRACKENRIDGE  AVE,  FRONT
BRACKENRIDGE  PA  15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16 00 | 608 64 | | 16 723 99 |
| Doubletime | 2 00 | 152 16 | | 1 521 60 |
| Holiday | 16 00 | 608 64 | | 1 211 28 |
| Ltd Imputed | | | | 6 18 | 98 64 |
| Vacation | 8 00 | 304 32 | | 4 218 48 |
| Overtime | | | | 2 853 00 |
| Sick | | | | 602 64 |
| **Gross Pay** | | | **$1 679 94** | 27 229 63 |

| | this period | year to date |
|---|---|---|
| United Way | −1 00 | 16 00 |
| Gti Offset | | −38 04 |
| Shoes | | 75 00 |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$958 00** | |
| Checking | −958 00 | 15 359 41 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | −242 85 | 4 017 59 |
| | Social Security Tax | −99 95 | 1 610 87 |
| | Medicare Tax | −23 37 | 376 73 |
| | PA State Income Tax | −49 42 | 796 54 |
| | Harmar Twp Income Tax | −16 10 | 259 46 |
| | Harmar Twp Local Svc Tax | −1 00 | 16 00 |
| | PA SUI/SDI Tax | −1 01 | 16 34 |
| | | | |
| | Child Support | −126 92 | 2 030 72 |
| | Group Term Life | −2 26 | 36 04 |
| | Ltd Imp Inc | −6 18 | 98 64 |
| | Pension | −25 11 | 406 95 |
| | Pretax Dental | −4 38* | 70 08 |
| | Pretax Health | −65 77* | 1 213 88 |
| | S&I Loan | −21 40 | 307 96 |
| | S&I Loan A | −24 17 | |
| | Union Dues | −13 31 | 212 62 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 609 79

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 217 53 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK  PA  15024

Advice number:      00000480245
Pay date:           11/30/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ARCHIE  J  ANGLIN | xxxxxx8535 | xxxx  xxxx | $958 00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

245-0005

Period Ending:      11/18/2018
Pay Date:           11/23/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   1
   PA:        N/A

ARCHIE J ANGLIN
361 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 16 115 35 |
| Doubletime | 2 00 | | 152 16 | 1 369 44 |
| Ltd Imputed | | | 6 18 | 92 46 |
| Overtime | | | | 2 853 00 |
| Holiday | | | | 602 64 |
| Sick | | | | 602 64 |
| Vacation | | | | 3 914 16 |
| **Gross Pay** | | | **$1 679 94** | 25 549 69 |

| | this period | year to date |
|---|---|---|
| Union Dues | -13 31 | 199 31 |
| United Way | -1 00 | 15 00 |
| Gtl Offset | | -33 78 |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$913 00** | |
| Checking | -913 00 | 14 401 41 |
| **Net Check** | **$0 00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -242 85 | 3 774 74 |
| | Social Security Tax | -99 95 | 1 510 92 |
| | Medicare Tax | -23 37 | 353 36 |
| | PA State Income Tax | -49 42 | 747 12 |
| | Harmar Twp Income Tax | -16 10 | 243 36 |
| | Harmar Twp Local Svc Tax | -1 00 | 15 00 |
| | PA SUI/SDI Tax | -1 01 | 15 33 |
| | | | |
| | Child Support | -126 92 | 1 903 80 |
| | Group Term Life | -2 26 | 33 78 |
| | Ltd Imp Inc | -6 18 | 92 46 |
| | Pension | -25 11 | 381 84 |
| | Pretax Dental | -4 38* | 65 70 |
| | Pretax Health | -65 77* | 1 148 11 |
| | S&I Loan | -21 40 | 286 56 |
| | S&I Loan A | -24 17 | |
| | Shoes | -45 00 | 75 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 609 79

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 193 36 |

---

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number:     00000470244
Pay date:          11/23/2018

THIS IS NOT A CHECK

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8538 | xxxx xxxx | $913 00 |

NON-NEGOTIABLE

## Earnings Statement

245-0005

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

Period Ending:  11/11/2018
Pay Date:       11/16/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 14 593 75 |
| Overtime | 16 00 | | 912 96 | 2 853 00 |
| Doubletime | 8 00 | | 608 64 | 1 217 28 |
| Ltd Imputed | | | 6 18 | 86 28 |
| Holiday | | | | 602 64 |
| Sick | | | | 602 64 |
| Vacation | | | | 3 914 16 |
| **Gross Pay** | | | **$3 049 38** | 23 869 75 |

| | this period | year to date |
|---|---|---|
| United Way | −1 00 | 14 00 |
| Gtl Offset | | −31 52 |
| Shoes | | 30 00 |
| | | |
| Gtl Offset | +2 26 | |
| | | |
| **Net Pay** | **$1 819 46** | |
| Checking | −1 819 46 | 13 488 41 |
| **Net Check** | **$0.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | −568 97 | 3 531 89 |
| | Social Security Tax | −184 35 | 1 410 97 |
| | Medicare Tax | −43 24 | 329 99 |
| | PA State Income Tax | −91 46 | 697 70 |
| | Harmar Twp Income Tax | −29 79 | 227 26 |
| | Harmar Twp Local Svc Tax | −1 00 | 14 00 |
| | PA SUI/SDI Tax | −1 83 | 14 32 |
| | | | |
| | Child Support | −126 92 | 1 776 88 |
| | Group Term Life | −2 26 | 31 52 |
| | Ltd Imp Inc | −6 18 | 86 28 |
| | Pension | −45 65 | 356 73 |
| | Pretax Dental | −4 38* | 61 32 |
| | Pretax Health | −65 77* | 1 082 34 |
| | S&I Loan | −21 40 | 265 16 |
| | S&I Loan A | −24 17 | |
| | Union Dues | −13 31 | 186 00 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2 979 23

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 169 19 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK  PA 15024

Advice number:   00000460244
Pay date:        11/16/2018

Deposited to the account of      | account number | transit ABA | amount
ARCHIE J ANGLIN                  | xxxxxx8538     | xxxx xxxx   | $1 819 46

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

246-0005

Period Ending: 11/04/2018
Pay Date: 11/09/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

ARCHIE J ANGLIN
861 BRACKENRIDGE AVE, FRONT
BRACKENRIDGE PA 15014

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32 00 | 1 217 28 | 13 072 15 |
| Ltd Imputed | | | 6 13 | 80 10 |
| Vacation | 8 00 | 304 32 | 3 914 16 |
| Overtime | | | | 1 940 04 |
| Doubletime | | | | 608 64 |
| Holiday | | | | 602 64 |
| Sick | | | | 602 64 |
| **Gross Pay** | | | **$1 527 78** | 20 820 37 |

| | this period | year to date |
|---|---|---|
| United Way | -1 00 | 13 00 |
| Gtl Offset | | -29 26 |
| Shoes | | 30 00 |
| | | |
| Gtl Offset | +2 26 | |
| **Net Pay** | **$859 54** | |
| Checking | -859 54 | 11 668 95 |
| **Net Check** | **$0 00** | |

## Deductions

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -209 38 | 2 962 92 |
| | Social Security Tax | -90 51 | 1 226 12 |
| | Medicare Tax | -21 16 | 286 75 |
| | PA State Income Tax | -44 75 | 606 24 |
| | Harmar Twp Income Tax | -14 58 | 197 47 |
| | Harmar Twp Local Svc Tax | -1 00 | 13 00 |
| | PA SUI/SDI Tax | -0 91 | 12 49 |
| | | | |
| | Child Support | -126 92 | 1 649 96 |
| | Group Term Life | -2 26 | 29 26 |
| | Ltd Imp Inc | -6 18 | 80 10 |
| | Pension | -22 82 | 311 08 |
| | Pretax Dental | -4 38* | 56 94 |
| | Pretax Health | -65 77* | 1 016 57 |
| | S&I Loan | -21 40 | 243 76 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 172 69 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$1 457 63

| Other Benefits and | this period | total to date |
|---|---|---|
| S&I Loan A | | 145 02 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

Advice number: 00000450245
Pay date: 11/09/2018

Deposited to the account of   ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8538 | xxxx xxxx | $859 54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK, PA 15024

245-0005

| Period Ending: | 10/23/2018 |
|---|---|
| Pay Date: | 11/02/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   1
  PA:   N/A

ARCHIE J ANGLIN
231 SOUTH SIXTH STREET
YOUNGWOOD PA 15697

| Earnings | rate | hours | this period | year to date | | this period | year to date |
|---|---|---|---|---|---|---|---|
| Regular | 40 00 | | 1 521 60 | 11 354 87 | United Way | -1 00 | 12 00 |
| Overtime | 8 00 | | 456 48 | 1 940 04 | Gtl Offset | | -27 00 |
| Doubletime | 8 00 | | 608 64 | 608 64 | Shoes | | 30 00 |
| Ltd Imputed | | | 6 18 | 73 92 | | | |
| Holiday | | | | 602 64 | Gtl Offset | +2 26 | |
| Sick | | | | 602 64 | | | |
| Vacation | | | | 3 609 84 | Net Pay | $1 533 15 | |
| Gross Pay | | | $2 592 90 | 19 292 59 | Checking | -1 533 15 | 10 899 41 |
| | | | | | Net Check | $0 00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -459 41 | 2 753 54 |
| | Social Security Tax | -156 55 | 1 135 61 |
| | Medicare Tax | -36 62 | 265 59 |
| | PA State Income Tax | -77 45 | 561 49 |
| | Harmar Twp Income Tax | -25 23 | 182 89 |
| | Harmar Twp Local Svc Tax | -1 00 | 12 00 |
| | PA SUI/SDI Tax | -1 56 | 11 58 |
| | | | |
| | Child Support | -126 92 | 1 523 04 |
| | Group Term Life | -2 26 | 27 00 |
| | Ltd Imp Inc | -6 18 | 73 92 |
| | Pension | -33 80 | 288 26 |
| | Pretax Dental | -4 38* | 52 56 |
| | Pretax Health | -65 77* | 950 80 |
| | S&I Loan | -21 40 | 222 36 |
| | S&I Loan A | -24 17 | |
| | Union Dues | -13 31 | 159 38 |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2 522 75

Other Benefits and

| | this period | total to date |
|---|---|---|
| S&I Loan A | | 120 85 |

CURTISS-WRIGHT ELECTRO MECHANICAL CORP
1000 WRIGHT WAY
CHESWICK PA 15024

| Advice number: | 00000140244 |
|---|---|
| Pay date: | 11/02/2018 |

Deposited to the account of
ARCHIE J ANGLIN

| account number | transit ABA | amount |
|---|---|---|
| XXXXX8536 | XXXX XXXX | $1 533 15 |



NON-NEGOTIABLE