**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Archie J. Anglin** | Social Security number or ITIN  **xxx–xx–3772** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   6/28/19 |
| Case number: | 19–22591–TPA | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Archie J. Anglin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 861 Brackenridge Ave. Brackenridge, PA 15014 | |
| 4. | **Debtor's attorney** Name and address | Kenneth Steidl Steidl & Steinberg Suite 2830 Gulf Tower 707 Grant Street Pittsburgh, PA 15219 | Contact phone 412–391–8000 Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566 Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 8/19/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/6/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/16/19** at **03:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22591-TPA
Archie J. Anglin                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: bsil                  Page 1 of 2              Date Rcvd: Aug 19, 2019
                                Form ID: 309I               Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db              +Archie J. Anglin,    861 Brackenridge Ave.,    Brackenridge, PA 15014-1401
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
tr              +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15094821        +Allegheny Health Network,    120 Fifth Avenue, Suite 2900,    Pittsburgh, PA 15222-3002
15094832       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274-2537)
15078742        +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15078744        +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
15078745        +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15078746        +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15078747        +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
15078750        +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15078751        +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15093586        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                  c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15078754         KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                  New York, NY 10106
15078760        +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
15094846        +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: julie.steidl@steidl-steinberg.com Aug 20 2019 02:59:55      Kenneth Steidl,
                  Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA  15219
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:00:19      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 20 2019 03:00:28
                  Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
15078740         E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:38      Cavalry Portfolio Services,
                  Po Box 27288,    Tempe, AZ 85285
15078741        +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:39      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15091172        +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:39      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15078743        +EDI: CHASE.COM Aug 20 2019 06:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
15078749        +E-mail/Text: Bk@c2cfsi.com Aug 20 2019 03:00:30      Coast to Coast Financial Solutions,
                  Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
15078748        +E-mail/Text: Bk@c2cfsi.com Aug 20 2019 03:00:30      Coast to Coast Financial Solutions,
                  101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15078753        +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:26      Huntington Natl Bk,
                  Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15078752        +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:26      Huntington Natl Bk,
                  7 Easton Oval,    Columbus, OH 43219-6060
15086193         EDI: RESURGENT.COM Aug 20 2019 06:48:00      LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
15078756        +EDI: RESURGENT.COM Aug 20 2019 06:48:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                  Po Box 10497,    Greenville, SC 29603-0497
15078755        +EDI: RESURGENT.COM Aug 20 2019 06:48:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
                  Greenville, SC 29602-1269
15094840         EDI: NAVIENTFKASMSERV.COM Aug 20 2019 06:38:00      Navient,    PO Box 9640,
                  Wilkes Barre, PA 18773-9640
15078758        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40      Quicken Loans,
                  Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15078759        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40      Quicken Loans,
                  635 Woodward,    Detroit, MI 48226-3408
15078757        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
15091709        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
15099754        +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:26      The Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
15094844         E-mail/Text: bankruptcy@firstenergycorp.com Aug 20 2019 03:00:32      West Penn Power,
                  800 Cabin Hill Drive,    Greensburg, PA 15606-2222
                                                                                               TOTAL: 21
```

```
District/off: 0315-2          User: bsil              Page 2 of 2                Date Rcvd: Aug 19, 2019
                              Form ID: 309I           Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
15094822*      ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
                 (address filed with court:   Cavalry Portfolio Services,    Po Box 27288,    Tempe, AZ 85285)
15094823*       +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
15094825*       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15094824*       +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15094827*       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15094826*       +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
15094828*       +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15094829*       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15094831*       +Coast to Coast Financial Solutions,    Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,
                 Thousand Oaks, CA 91360-5831
15094830*       +Coast to Coast Financial Solutions,    101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15094833*       +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15094834*       +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15094836*       +Huntington Natl Bk,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15094835*       +Huntington Natl Bk,    7 Easton Oval,    Columbus, OH 43219-6060
15094837*        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
15094839*       +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15094838*       +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094842*       +Quicken Loans,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15094843*       +Quicken Loans,    635 Woodward,    Detroit, MI 48226-3408
15094841*       +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15094845*       +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
                                                                                               TOTALS: 1, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```