FILED
8/19/19 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22591 |
| | ) | Chapter 13 |
| Archie Anglin, | ) | |
| *Debtor* | ) | Related to Docket No. 18 , 21 |
| | ) | |
| Archie Anglin, | ) | Docket No. |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

### ORDER OF COURT

AND NOW, to wit, this \_\_\_\_19th\_\_\_\_ day of _____August_____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the order dismissing the chapter 13 bankruptcy case of Archie Anglin signed at docket number 18 is vacated and that the Debtor's Chapter 13 Bankruptcy Case is reopened effective immediately, the automatic stay is once again in place, and the Chapter 13 Trustee's bond is reinstated.

_____ J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22591-TPA
Archie J. Anglin                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db            +Archie J. Anglin,    861 Brackenridge Ave.,    Brackenridge, PA 15014-1401
15094821      +Allegheny Health Network,    120 Fifth Avenue, Suite 2900,    Pittsburgh, PA 15222-3002
15094832     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274-2537)
15078742      +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15078743      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15078744      +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
15078745      +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15078746      +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15078747      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
15078750      +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15078751      +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15093586      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15078754       KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
               New York, NY 10106
15078760      +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
15094846      +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15078740       E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:40     Cavalry Portfolio Services,
               Po Box 27288,    Tempe, AZ 85285
15078741      +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:39     Cavalry Portfolio Services,
               Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15091172      +E-mail/Text: bankruptcy@cavps.com Aug 20 2019 03:00:40     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15078749      +E-mail/Text: Bk@c2cfsi.com Aug 20 2019 03:00:30     Coast to Coast Financial Solutions,
               Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
15078748      +E-mail/Text: Bk@c2cfsi.com Aug 20 2019 03:00:30     Coast to Coast Financial Solutions,
               101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15078753      +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:27     Huntington Natl Bk,
               Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15078752      +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:27     Huntington Natl Bk,
               7 Easton Oval,    Columbus, OH 43219-6060
15086193       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:10:00     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15078756      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:10:59
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
15078755      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:10:01
               LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094840       E-mail/PDF: pa_dc_claims@navient.com Aug 20 2019 03:11:53     Navient,    PO Box 9640,
               Wilkes Barre, PA 18773-9640
15078758      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40     Quicken Loans,
               Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15078759      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40     Quicken Loans,
               635 Woodward,    Detroit, MI 48226-3408
15078757      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40     Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
15091709      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 20 2019 03:00:40     Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
15099754      +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 03:00:27     The Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
15094844       E-mail/Text: bankruptcy@firstenergycorp.com Aug 20 2019 03:00:33     West Penn Power,
               800 Cabin Hill Drive,    Greensburg, PA 15606-2222
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans Inc.
15094822*    ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
              (address filed with court: Cavalry Portfolio Services,    Po Box 27288,    Tempe, AZ 85285)
15094823*     +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
               Valhalla, NY 10595-2322
15094825*     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15094824*     +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15094827*     +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15094826*     +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
15094828*     +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15094829*     +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
15094831*     +Coast to Coast Financial Solutions,    Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,
               Thousand Oaks, CA 91360-5831
15094830*     +Coast to Coast Financial Solutions,    101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831

```
District/off: 0315-2           User: bsil                  Page 2 of 2                  Date Rcvd: Aug 19, 2019
                               Form ID: pdf900             Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
15094833*        +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15094834*        +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15094836*        +Huntington Natl Bk,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15094835*        +Huntington Natl Bk,    7 Easton Oval,    Columbus, OH 43219-6060
15094837*         KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                   New York, NY 10106
15094839*        +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15094838*        +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094842*        +Quicken Loans,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15094843*        +Quicken Loans,    635 Woodward,    Detroit, MI 48226-3408
15094841*        +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15094845*        +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
                                                                                              TOTALS: 1, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```