**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22591−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Archie J. Anglin
   861 Brackenridge Ave.
   Brackenridge, PA 15014

Social Security No.:
   xxx−xx−3772

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 21, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
October 21, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/18/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-22591-TPA
Archie J. Anglin                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: bsil                Page 1 of 2             Date Rcvd: Sep 18, 2019
                                Form ID: rsc13            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db              +Archie J. Anglin,    861 Brackenridge Ave.,    Brackenridge, PA 15014-1401
15094821        +Allegheny Health Network,   120 Fifth Avenue, Suite 2900,    Pittsburgh, PA 15222-3002
15094832       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274-2537)
15078743        +Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850-5298
15078742        +Chase Card Services,    Po Box 15369,   Wilmington, DE 19850-5369
15078744        +Citibank,    Po Box 6217,   Sioux Falls, SD 57117-6217
15078745        +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15078746        +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15078747        +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15078750        +Concentricrm,    Po Box 550609,   Houston, TX 77255-0609
15078751        +Credit Control Collect,    2410 Broad Ave,   Altoona, PA 16601-1940
15093586        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
15078754         KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
15112493        +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15107120         UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15078760        +Westmoreland Co Drs,    Po Box 799,   Greensburg, PA 15601-0799
15094846        +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
15078740         E-mail/Text: bankruptcy@cavps.com Sep 19 2019 03:28:41      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
15078741        +E-mail/Text: bankruptcy@cavps.com Sep 19 2019 03:28:41      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15091172        +E-mail/Text: bankruptcy@cavps.com Sep 19 2019 03:28:41      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15078749        +E-mail/Text: Bk@c2cfsi.com Sep 19 2019 03:28:08      Coast to Coast Financial Solutions,
                 Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
15078748        +E-mail/Text: Bk@c2cfsi.com Sep 19 2019 03:28:08      Coast to Coast Financial Solutions,
                 101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15078753        +E-mail/Text: bankruptcy@huntington.com Sep 19 2019 03:28:02      Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,   Columbus, OH 43234-0996
15078752        +E-mail/Text: bankruptcy@huntington.com Sep 19 2019 03:28:02      Huntington Natl Bk,
                 7 Easton Oval,    Columbus, OH 43219-6060
15086193         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:56      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15078756        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:00
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
15078755        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:21:51
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094840         E-mail/PDF: pa_dc_claims@navient.com Sep 19 2019 03:21:39      Navient,    PO Box 9640,
                 Wilkes Barre, PA 18773-9640
15118161         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:37:36
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15078758        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:28:43      Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,   Detroit, MI 48226-1906
15078759        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:28:43      Quicken Loans,
                 635 Woodward,    Detroit, MI 48226-3408
15078757        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:28:43      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15091709        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:28:43      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15099754        +E-mail/Text: bankruptcy@huntington.com Sep 19 2019 03:28:02      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
15114681         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:37:31      Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
15111081        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:18      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
15094844         E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:19      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-2222
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: bsil              Page 2 of 2                  Date Rcvd: Sep 18, 2019
                              Form ID: rsc13          Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
15094822*     ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
                 (address filed with court:   Cavalry Portfolio Services,    Po Box 27288,   Tempe, AZ 85285)
15094823*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
15094825*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15094824*      +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15094827*      +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15094826*      +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
15094828*      +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15094829*      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15094831*      +Coast to Coast Financial Solutions,    Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,
                 Thousand Oaks, CA 91360-5831
15094830*      +Coast to Coast Financial Solutions,    101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15094833*      +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15094834*      +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15094836*      +Huntington Natl Bk,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15094835*      +Huntington Natl Bk,    7 Easton Oval,    Columbus, OH 43219-6060
15094837*       KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
15094839*      +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15094838*      +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094842*      +Quicken Loans,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15094843*      +Quicken Loans,    635 Woodward,    Detroit, MI 48226-3408
15094841*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15094845*      +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
                                                                                              TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Norwin School District jlc@mbm-law.net
              Kenneth  Steidl    on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 5
```