## UNITED STATES BANKRUPTCY COURT
## WESTERN   DIST   OF   PENNSYLVANIA

IN RE:   CASE   **19-22591**
DEBTOR:  **ARCHIE ANGLIN**   CHAPTER 13
3772

### APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE CLERK OF SAID COURT, THE DEBTOR AND ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Please take notice that the undersigned hereby appears pursuant to Bankruptcy Rules 2002(g) and 9010(b) as the representative for the following creditor and party in the interest of TEXAS GUARANTEED STUDENT LOAN CORPORATION . Please send copies of all pleadings, notices, and other documents filed in this case to the following address on behalf of this party:

Texas Guar Student Loan Corp(TGSLC) DBA Trellis Company
Attn: Bankruptcy Unit
PO Box 83100
Round Rock, TX 78683-3100

Respectfully submitted by:/s/Dale Kern_____
Dale Kern Bankruptcy Supervisor

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was forwarded to all interested parties via electronic notice from the U.S. Bankruptcy Clerk's Office and/or U.S. First Class Mail, postage prepaid on November 22 ,2019

Court:  Western District of Pennsylvania

Attorney: Kenneth Steidl
Steidl & Steinberg
Ste 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trustee: Ronda J Winnecour
600 Grant Street
Pittsburgh, PA 15219