Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Archie J. Anglin**
Debtor(s)

Bankruptcy Case No.: 19–22591–TPA
Per January 9, 2020 proceeding
Chapter: 13
Docket No.: 45 – 14, 40
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 26, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $602.00 as of January 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan interest in a monthly amount to be determined by Trustee to pay in full: Huntington National (Cl #5)

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: January 16, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22591-TPA
Archie J. Anglin                                                      Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                 Page 1 of 2              Date Rcvd: Jan 16, 2020
                              Form ID: 149               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db              +Archie J. Anglin,    861 Brackenridge Ave.,    Brackenridge, PA 15014-1401
15094821        +Allegheny Health Network,    120 Fifth Avenue, Suite 2900,    Pittsburgh, PA 15222-3002
15094832       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,     PO Box 742537,    Cincinnati, OH 45274-2537)
15078743        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15078742        +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15078744        +Citibank,   Po Box 6217,    Sioux Falls, SD 57117-6217
15078745        +Citibank,   Attn: Recovery/Centralized Bankruptcy,     Po Box 790034,    St Louis, MO 63179-0034
15078746        +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15078747        +Citibank North America,    Citibank Corp/Centralized Bankruptcy,     Po Box 790034,
                  St Louis, MO 63179-0034
15078750        +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15078751        +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15093586        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,    JPMC,
                  c/o National Bankruptcy Services, LLC,     P.O. Box 9013,    Addison, Texas 75001-9013
15078754         KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                  New York, NY 10106
15112493        +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,     100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441
15107120         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15078760        +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
15094846        +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: bkyelectnotices@tgslc.org Jan 17 2020 03:17:33
                  Texas Guaranteed Student Loan Corp,    dba Trellis Company,    PO BOX 83100,
                  Round Rock, Tx 78683-3100
15078740         E-mail/Text: bankruptcy@cavps.com Jan 17 2020 03:17:24      Cavalry Portfolio Services,
                  Po Box 27288,    Tempe, AZ 85285
15078741        +E-mail/Text: bankruptcy@cavps.com Jan 17 2020 03:17:24      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15091172        +E-mail/Text: bankruptcy@cavps.com Jan 17 2020 03:17:24      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15078749        +E-mail/Text: Bk@c2cfsi.com Jan 17 2020 03:16:50      Coast to Coast Financial Solutions,
                  Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
15078748        +E-mail/Text: Bk@c2cfsi.com Jan 17 2020 03:16:50      Coast to Coast Financial Solutions,
                  101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15078753        +E-mail/Text: bankruptcy@huntington.com Jan 17 2020 03:16:44       Huntington Natl Bk,
                  Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15078752        +E-mail/Text: bankruptcy@huntington.com Jan 17 2020 03:16:44       Huntington Natl Bk,
                  7 Easton Oval,    Columbus, OH 43219-6060
15086193         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:23:36       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15078756        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:22:57
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
15078755        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:22:56
                  LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094840         E-mail/PDF: pa_dc_claims@navient.com Jan 17 2020 03:24:14      Navient,    PO Box 9640,
                  Wilkes Barre, PA 18773-9640
15118161         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:46:57
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15078758        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 17 2020 03:17:27       Quicken Loans,
                  Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15078759        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 17 2020 03:17:27       Quicken Loans,
                  635 Woodward,    Detroit, MI 48226-3408
15078757        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 17 2020 03:17:27       Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
15091709        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 17 2020 03:17:27       Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
15099754        +E-mail/Text: bankruptcy@huntington.com Jan 17 2020 03:16:44       The Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
15114681         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 03:24:22       Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15111081        +E-mail/Text: bankruptcy@firstenergycorp.com Jan 17 2020 03:16:55       West Penn Power,
                  5001 NASA Blvd,    Fairmont WV 26554-8248
15094844         E-mail/Text: bankruptcy@firstenergycorp.com Jan 17 2020 03:16:55       West Penn Power,
                  800 Cabin Hill Drive,    Greensburg, PA 15606-2222
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: lmar               Page 2 of 2         Date Rcvd: Jan 16, 2020
                              Form ID: 149             Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Quicken Loans Inc.
cr*            +Norwin School District,   c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
15094822*      ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
                 (address filed with court:   Cavalry Portfolio Services,    Po Box 27288,   Tempe, AZ 85285)
15094823*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
15094825*      +Chase Card Services,   Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15094824*      +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15094827*      +Citibank,   Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15094826*      +Citibank,   Po Box 6217,    Sioux Falls, SD 57117-6217
15094828*      +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15094829*      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15094831*      +Coast to Coast Financial Solutions,    Attn: Bankruptcy,    101 Hodencamp Rd Ste 120,
                 Thousand Oaks, CA 91360-5831
15094830*      +Coast to Coast Financial Solutions,    101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
15094833*      +Concentricrm,    Po Box 550609,    Houston, TX 77255-0609
15094834*      +Credit Control Collect,    2410 Broad Ave,    Altoona, PA 16601-1940
15094836*      +Huntington Natl Bk,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15094835*      +Huntington Natl Bk,    7 Easton Oval,    Columbus, OH 43219-6060
15094837*       KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
15094839*      +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15094838*      +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15094842*      +Quicken Loans,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15094843*      +Quicken Loans,    635 Woodward,    Detroit, MI 48226-3408
15094841*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15094845*      +Westmoreland Co Drs,    Po Box 799,    Greensburg, PA 15601-0799
                                                                                               TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Kenneth    Steidl      on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5
```