IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Archie J. Anglin, | ) | Case No. 19-22591 TPA |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Archie J. Anglin, | ) | Related to Document No. 49 |
| Social Security No. XXX-XX- 3772 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Curtiss-Wright Electro Mechanical Corp. | ) | |
| And Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 24, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee          Archie J. Anglin
Suite 3250 – US Steel Tower          861 Brackenridge Ave.
600 Grant Street                     Brackenridge, PA 15014
Pittsburgh, PA 15219

Curtiss-Wright Electro Mechanical Corp.
Attn: Payroll Dept.
1000 Wright Way
Cheswick, PA 15024

Date of Service:    January 24, 2020    /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        PA I.D. 34965