**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Archie J. Anglin**
  Debtor(s)

Bankruptcy Case No.: 19−22591−TPA
Related to Docket No. 53
Chapter: 13
Docket No.: 54 − 53
Concil. Conf.: 9/30/21 at 09:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **August 27, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **September 17, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **9/30/21** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 13, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22591-TPA |
| Archie J. Anglin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lmar | Page 1 of 3 |
| Date Rcvd: Jul 13, 2021 | Form ID: 213 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Archie J. Anglin, 861 Brackenridge Ave., Brackenridge, PA 15014-1401 |
| 15094821 | + | Allegheny Health Network, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15094832 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274-2537 |
| 15078750 | + | Concentricrm, Po Box 550609, Houston, TX 77255-0609 |
| 15078751 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15093586 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001-9013 |
| 15078754 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15112493 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15107120 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15078760 | + | Westmoreland Co Drs, Po Box 799, Greensburg, PA 15601-0799 |
| 15094846 | + | Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkyelectnotices@tgslc.org | Jul 13 2021 23:14:00 | Texas Guaranteed Student Loan Corp, dba Trellis Company, PO BOX 83100, Round Rock, Tx 78683-3100 |
| 15078740 | | Email/Text: bankruptcy@cavps.com | Jul 13 2021 23:14:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15078741 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2021 23:14:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15091172 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2021 23:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15078744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:37 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15078745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:30 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15078746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:30 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15078747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:44 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15078749 | + | Email/Text: Bk@c2cfsi.com | Jul 13 2021 23:14:00 | Coast to Coast Financial Solutions, Attn: Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 15078748 | + | Email/Text: Bk@c2cfsi.com | Jul 13 2021 23:14:00 | Coast to Coast Financial Solutions, 101 Hodencamp Rd, Thousand Oaks, CA 91360-5831 |

Case 19-22591-TPA    Doc 55    Filed 07/15/21    Entered 07/16/21 00:31:30    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 213 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15078752 | + | Email/Text: bankruptcy@huntington.com | Jul 13 2021 23:14:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15078753 | + | Email/Text: bankruptcy@huntington.com | Jul 13 2021 23:14:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15078743 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 23:25:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15078742 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 23:25:28 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15086193 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 23:25:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078755 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 23:25:29 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15078756 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 23:25:36 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15094840 | | Email/PDF: pa_dc_claims@navient.com | Jul 13 2021 23:25:28 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15118161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:25:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15078758 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 13 2021 23:14:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15078759 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 13 2021 23:14:00 | Quicken Loans, 635 Woodward, Detroit, MI 48226-3408 |
| 15078757 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 13 2021 23:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15091709 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 13 2021 23:14:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15099754 | + | Email/Text: bankruptcy@huntington.com | Jul 13 2021 23:14:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15114681 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 13 2021 23:25:31 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111081 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 13 2021 23:14:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15094844 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 13 2021 23:14:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15094822 | *P++ | CAVALRY PORTFOLIO SERVICES LLC, 500 SUMMIT LAKE DR, STE 400, VALHALLA NY 10595-2322, address filed with court:, Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15094823 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15094826 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15094827 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15094828 | *+ | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15094829 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15094831 | *+ | Coast to Coast Financial Solutions, Attn: Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 15094830 | *+ | Coast to Coast Financial Solutions, 101 Hodencamp Rd, Thousand Oaks, CA 91360-5831 |
| 15094833 | *+ | Concentricrm, Po Box 550609, Houston, TX 77255-0609 |

| | | |
|---|---|---|
| 15094834 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15094835 | *+ | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15094836 | *+ | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15094825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15094824 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15094837 | * | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15094838 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15094839 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15094842 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15094843 | *+ | Quicken Loans, 635 Woodward, Detroit, MI 48226-3408 |
| 15094841 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15094845 | *+ | Westmoreland Co Drs, Po Box 799, Greensburg, PA 15601-0799 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Kenneth Steidl | on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5