Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Archie J. Anglin** : | Case No. 19−22591−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Document No. 53 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 21st of September, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Archie J. Anglin  
    Debtor

Case No. 19-22591-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 3  
Date Rcvd: Sep 21, 2021      Form ID: 309      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Archie J. Anglin, 861 Brackenridge Ave., Brackenridge, PA 15014-1401 |
| 15094821 | + | Allegheny Health Network, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15094832 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274-2537 |
| 15078750 | + | Concentricrm, Po Box 550609, Houston, TX 77255-0609 |
| 15078751 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15093586 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001-9013 |
| 15078754 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15112493 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15107120 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15078760 | + | Westmoreland Co Drs, Po Box 799, Greensburg, PA 15601-0799 |
| 15094846 | + | Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkyelectnotices@tgslc.org | Sep 21 2021 23:07:00 | Texas Guaranteed Student Loan Corp, dba Trellis Company, PO BOX 83100, Round Rock, Tx 78683-3100 |
| 15078740 | | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:07:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15078741 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:07:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15091172 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15078744 | + | EDI: CITICORP.COM | Sep 22 2021 03:13:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15078745 | + | EDI: CITICORP.COM | Sep 22 2021 03:13:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15078746 | + | EDI: CITICORP.COM | Sep 22 2021 03:13:00 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15078747 | + | EDI: CITICORP.COM | Sep 22 2021 03:13:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15078749 | + | Email/Text: Bk@c2cfsi.com | Sep 21 2021 23:07:00 | Coast to Coast Financial Solutions, Attn: Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 15078748 | + | Email/Text: Bk@c2cfsi.com | Sep 21 2021 23:07:00 | Coast to Coast Financial Solutions, 101 Hodencamp Rd, Thousand Oaks, CA 91360-5831 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15078752 | + | Email/Text: bankruptcy@huntington.com | Sep 21 2021 23:07:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15078753 | + | Email/Text: bankruptcy@huntington.com | Sep 21 2021 23:07:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15078743 | | EDI: JPMORGANCHASE | Sep 22 2021 03:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15078742 | | EDI: JPMORGANCHASE | Sep 22 2021 03:13:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15086193 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:19:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078755 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:19:22 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15078756 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:19:12 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15094840 | | EDI: NAVIENTFKASMSERV.COM | Sep 22 2021 03:13:00 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15118161 | | EDI: PRA.COM | Sep 22 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15078758 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2021 23:07:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15078759 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2021 23:07:00 | Quicken Loans, 635 Woodward, Detroit, MI 48226-3408 |
| 15078757 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2021 23:07:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15091709 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2021 23:07:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15099754 | + | Email/Text: bankruptcy@huntington.com | Sep 21 2021 23:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15114681 | | EDI: AIS.COM | Sep 22 2021 03:13:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111081 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 21 2021 23:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15094844 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 21 2021 23:07:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15094822 | *P++ | CAVALRY PORTFOLIO SERVICES LLC, 500 SUMMIT LAKE DR, STE 400, VALHALLA NY 10595-2322, address filed with court:, Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15094823 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15094826 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15094827 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15094828 | *+ | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15094829 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15094831 | *+ | Coast to Coast Financial Solutions, Attn: Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 15094830 | *+ | Coast to Coast Financial Solutions, 101 Hodencamp Rd, Thousand Oaks, CA 91360-5831 |
| 15094833 | *+ | Concentricrm, Po Box 550609, Houston, TX 77255-0609 |

| | | |
|---|---|---|
| 15094834 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15094835 | *+ | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15094836 | *+ | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15094825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15094824 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15094837 | * | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15094838 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15094839 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15094842 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15094843 | *+ | Quicken Loans, 635 Woodward, Detroit, MI 48226-3408 |
| 15094841 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15094845 | *+ | Westmoreland Co Drs, Po Box 799, Greensburg, PA 15601-0799 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Jennifer L. Cerce
on behalf of Creditor Norwin School District jlc@mbm-law.net

Kenneth Steidl
on behalf of Debtor Archie J. Anglin julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5