**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ARCHIE J. ANGLIN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-22591 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/28/2019 and confirmed on 10/25/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,770.69 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,770.69 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,427.25 | |
|    Trustee Fee | 603.25 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,030.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 7033 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 7033 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 0888 | 18,902.59 | 6,202.18 | 1,538.01 | 7,740.19 |
| | | | | 7,740.19 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ARCHIE J. ANGLIN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 1,427.25 | 0.00 | 0.00 |
| WESTMORELAND COUNTY DRS**<br>Acct: 5584 | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| 19-22591 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     LVNV FUNDING LLC | 1,299.81 | 0.00 | 0.00 | 0.00 |
|         Acct: 6402 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0640 | | | | |
|     JPMORGAN CHASE BANK | 8,431.31 | 0.00 | 0.00 | 0.00 |
|         Acct: 6167 | | | | |
|     ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     LVNV FUNDING LLC | 16,650.28 | 0.00 | 0.00 | 0.00 |
|         Acct: 1662 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 2,227.24 | 0.00 | 0.00 | 0.00 |
|         Acct: 5364 | | | | |
|     COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9876 | | | | |
|     COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CONCENTRIC RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 7939 | | | | |
|     CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1500 | | | | |
|     NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     WEST PENN POWER* | 545.52 | 0.00 | 0.00 | 0.00 |
|         Acct: 0146 | | | | |
|     WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     UPMC HEALTH SERVICES | 1,915.69 | 0.00 | 0.00 | 0.00 |
|         Acct: 3772 | | | | |
|     NORWIN SD (IRWIN) (EIT)** | 333.44 | 0.00 | 0.00 | 0.00 |
|         Acct: 3772 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE AS | 286.05 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     TEXAS GUARANTEED STUDENT LOAN COR | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                                            7,740.19

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,902.59
UNSECURED      31.689.34

Date: 09/30/2021                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com